Charles Talbert
7901 State Road
Phila. Pa. 19136                                April 25, 2019

United States District Court
Eastern District of Pennsylvania                        FILED
Charles Talbert          .   Civil Action          MAY - 2 2019
    VS.                   .   No. 19-1340-MAK     KATE BARKMAN. Clerk
Blanche Carney, etal     .   Motion To Dismiss   By _____ Dep. Clerk

        Pro se Plaintiff, hereby files this motion to dismiss
the above-captioned matter.


                    Respectfully submitted,



                    Charles Talbert

C. Talbert
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN __8102-41__

PHILADELPHIA PA. 190

30 APR 2019 PM BN 8 FOREVER

Barn Swallow

Hon. Mark A. Kearney, USACJ
U.S. Courthouse
601 Market Street
Courtroom 9B
Philadelphia, PA. 19106

19106-44725  C019