IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT | : CIVIL ACTION |
| | : |
| v. | : NO. 19-1340 |
| | : |
| BLANCHE CARNEY, *et al.* | : |

## ORDER

**AND NOW**, this 3rd day of May 2019, upon considering Plaintiff's Motion to dismiss (ECF Doc. No. 7), it is **ORDERED**:

1. This action is **DISMISSED** under Federal Rule of Civil Procedure 41; and,

2. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.